No. 24-60452

*In the*
# UNITED STATES COURT OF APPEALS
*for the*
# FIFTH CIRCUIT

PHI THETA KAPPA HONOR SOCIETY,
    *Plaintiff-Appellee,*

LYNN TINCHER-LADNER,
    *Defendant/Third-Party Defendant-Appellee,*

*v.*

HONORSOCIETY.ORG., INCORPORATED; HONOR SOCIETY FOUNDATION, INCORPORATED
    *Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Mississippi, Northern Division
No. 3:22-CV-208
HONORABLE CARLTON W. REEVES, U.S. DISTRICT JUDGE

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILEAMICUS BRIEF OF FIRST AMENDMENT LAWYERS ASSOCIATION**

Marc J. Randazza
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
(702) 420-2001
ecf@randazza.com

Jay M. Wolman
Randazza Legal Group, PLLC
100 Pearl Street
14th Floor
Hartford, CT 06103
(203) 539-6666
jmw@randazza.com

Attorneys for Proposed *Amicus Curiae First Amendment Lawyers Association*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that–in addition to the persons and entities listed in Appellants' Certificate of Interested Persons–the following listed persons and entities as described in the fourth sentence of Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Plaintiff-Appellee**
Phi Theta Kappa Honor Society

**Third-Party Defendant-Appellee**
Lynn Tincher-Ladner

**Attorneys for Appellees**
WISE CARTER CHILD & CARAWAY, P.A.
Michael B. Wallace
Beau M. Bettiga
Charles E. Cowan
Jack F. Hall

TAFT STETTINIUS & HOLLISTER LLP
Jonathan G. Polak
Rachel A. Smoot
William M. Etienne
Daniel R. Warncke

**Defendants-Appellants**
HonorSociety.org Inc.
Honor Society Foundation, Inc.
Michael Moradian

**Attorneys for Appellants**
NEWMAN LLP
Derek A. Newman
Derek Linke
Gregory M. Scialabba
Keith P. Scully
Jason Sykes

JONES WALKER LLP
W. Whitaker Rayner
Dakota J. Stephens
Hugh A. Warren, V
Kristine Callahan

**Proposed Amicus Curiae**
First Amendment Lawyers Association

**Attorneys for Proposed Amicus Curiae**
RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza
Jay M. Wolman

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza
4974 S. Rainbow Blvd., Ste 100
Las Vegas, NV 89118
702-420-2001
ecf@randazza.com

Counsel for Proposed *Amicus Curiae*
First Amendment
Lawyers Association

# MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE AMICUS BRIEF OF FIRST AMENDMENT LAWYERS ASSOCIATION

Pursuant to Federal Rule of Appellate Procedure 29(a)(6) and Circuit Rule 31.4, proposed amicus First Amendment Lawyers Association ("FALA") moves for additional time to file its motion for leave to file an amicus brief and proposed amicus brief. Counsel for FALA contacted counsel for all parties via email on November 6, 2024, regarding the requested relief and whether they would consent to the filing of an amicus brief. No party has responded yet.

FALA wishes to file an amicus brief in support of Defendants-Appellants Honorsociety.org, Inc. and Honor Society Foundation, Inc., specifically regarding the unconstitutionality of the District Court's preliminary injunction and how the injunction infringes on First Amendment rights. Defendants-Appellants filed their brief on November 4, 2024. Per Fed. R. App. P. 29(a)(6) and Circuit Rule 31.2, amicus briefs in support of Defendants-Appellants are due no later than 7 days thereafter, meaning November 11, 2024. FALA will not, however, be able to provide an adequate proposed amicus brief by that time, which is required under Fed. R. App. P. 29(a)(3). Accordingly, FALA requests an

additional 16 days (meaning November 27, 2024) to file its motion for leave to file an amicus brief and proposed amicus brief.

There is good cause for permitting this extension of time. FALA will be unable to prepare a thorough proposed amicus brief by November 11 because the FALA Amicus Committee and Board of Directors (all of whom are volunteers in geographically disparate locations) were delayed in authorizing an amicus brief and locating counsel. The undersigned *pro bono* counsel were only authorized on November 6, 2024, to begin preparing an amicus brief, and while it may be possible to prepare *an* amicus brief in five days, such a short time frame does not lend itself to preparing a thorough amicus brief that is actually of use to the Court in deciding the important First Amendment issues presented in this appeal.

Furthermore, there will be no prejudice to Appellees, whose briefs are currently due within 30 days of November 4, 2024, meaning December 4, 2024. Fed. R. App. P. 29(a)(6) provides that "[a] court may grant leave for later filing [of an amicus brief], specifying the time within which an opposing party may answer." While Appellees have not responded to FALA's counsel with a request for time to respond to the

proposed amicus brief, FALA has no issue with Appellees having 30 days to respond to the forthcoming motion for leave.

Circuit Rule 31.4(a) provides that extension requests must be made at least 7 days before a briefing deadline "unless the movant demonstrates, in detail, that the facts that form the basis of the motion either did not exist earlier or were not and with due diligence could not have been known earlier." As stated above, the undersigned counsel was not authorized by FALA to begin preparing an amicus brief until November 6, 2024, which is fewer than 7 days before amicus briefs in support of Appellants are due. It was thus not possible to seek the requested extension within the time contemplated by Circuit Rule 31.4(a).

For the foregoing reasons, proposed amicus FALA requests that the Court allow it until November 27, 2024, to file a motion for leave to file an amicus brief and its proposed amicus brief.

Dated: November 7, 2024

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza
4974 S. Rainbow Blvd., Ste 100
Las Vegas, NV 89118
702-420-2001
ecf@randazza.com

Counsel for Proposed *Amicus Curiae*
First Amendment
Lawyers Association

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                  RANDAZZA LEGAL GROUP, PLLC

                                  /s/ Marc J. Randazza
                                  Marc J. Randazza

                                  Counsel for Proposed *Amicus Curiae*
                                  First Amendment
                                  Lawyers Association

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 544 words, excluding the accompanying documents authorized by Rule 27(a)(2)(B).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook font size 14.

                RANDAZZA LEGAL GROUP, PLLC

                /s/ Marc J. Randazza
                Marc J. Randazza

                Counsel for Proposed *Amicus Curiae*
                First Amendment
                Lawyers Association