No. 24-60452

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

PHI THETA KAPPA HONOR SOCIETY,

Plaintiff – Appellee

LYNN TINCHER-LADNER,

Defendant/Third-Party Defendant – Appellee

v.

HONORSOCIETY.ORG, INCORPORATED; HONOR SOCIETY FOUNDATION, INCORPORATED,

Defendants – Appellants

_____

On Appeal from the United States District Court for the Southern District of Mississippi;
USDC No. 3:22-cv-208-CWR-RPM

APPELLEES' RESPONSE TO MOTION
FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE
AMICUS BRIEF OF FIRST AMENDMENT LAWYERS ASSOCIATION

Michael B. Wallace (MSB # 6904)
Rebecca Hawkins (MSB # 8786)
Charles E. Cowan (MSB # 104478)
Jack F. Hall (MSB # 106482)
WISE CARTER CHILD & CARAWAY, P.A.

Post Office Box 651
Jackson, Mississippi 39205-0651
mbw@wisecarter.com
rwh@wisecarter.com
cec@wisecarter.com
jfh@wisecarter.com

Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

Daniel R. Warncke (*Pro Hac Vice)*
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957
warncke@taftlaw.com
(513) 357-9397 - phone

*Counsel for Appellees*

The First Amendment Lawyers Association ("FALA") has moved for an extension of time to file a motion for leave to file an amicus brief in this case.

In its motion, FALA stated that it had contacted counsel regarding this requested relief on November 6, 2024, but that the parties had failed to respond. FALA's email message to Appellees' counsel initially was caught in a spam filter and went undelivered. Appellees did not intend to ignore FALA or the Court.

Appellees would not object to FALA filing an amicus brief. With that being said, however, Appellees take no position on whether the Court should extend time to permit the filing. FALA has requested an additional 16 days from the present deadline of November 11, 2024, to file its motion for leave to file an amicus brief. FALA's requested filing deadline, thus, is November 27, 2024. But Appellees' brief is due on December 4, 2024. Under the present set of deadlines, Appellees would have 23 days to prepare its brief to respond to the arguments in Appellants' and FALA's briefs. If the Court grants FALA's motion, then Appellees would have only seven days to prepare its brief. Accordingly, if the Court grants FALA's motion, then the Appellees would request an additional 23 days from the filing of FALA's brief to submit its own brief.

Dated this the 8th day of November, 2024.

        Respectfully submitted,

        PHI THETA KAPPA HONOR SOCIETY,
        LYNN TINCHER-LADNER HARKINS

    By: *s/Michael B. Wallace*
       MICHAEL B. WALLACE, MSB # 6904
       REBECCA HAWKINS, MSB # 8786
       CHARLES E. COWAN, MSB # 104478
       JACK F. HALL, MSB # 106482

WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
Jackson, MS  39205
Post Office Box 651
Jackson, MS  39201
Phone: 601-968-5500
Fax: 601-944-7738

Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

Daniel R. Warncke (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957
warncke@taftlaw.com
(513) 357-9397 - phone

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.2, this document contains 735 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, Version 2013, in 14-point Times New Roman font.

This, the 8th day of November, 2024.

s/*Michael B. Wallace*
Attorney for Appellees

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that a true and correct copy of the above and foregoing document has been served this day via ECF upon all counsel of record.

This the 8th day of November, 2024.

                                                s/*Michael B. Wallace*  
                                                Michael B. Wallace,  
                                                Attorney for Appellees