No. 24-60452

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

PHI THETA KAPPA HONOR SOCIETY,

*Plaintiff–Appellee,*

LYNN TINCHER-LADNER,

*Defendant/Third-Party Defendant–Appellee,*

v.

HONORSOCIETY.ORG. INCORPORATED; HONOR SOCIETY FOUNDATION, INCORPORATED,

*Defendants–Appellants,*

On Appeal From
United States District Court for the Southern District of Mississippi
No. 3:22-CV-208-CWR-RPM

## APPELLANTS' RESPONSE TO FIRST AMENDMENT LAWYERS' ASSOCIATION'S REQUEST FOR ADDITIONAL TIME TO FILE AMICUS BRIEF

Derek A. Newman
Derek Linke
Jason Sykes
Newman LLP
*Attorneys for Defendants-Appellants*
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
(310) 359-8200

Appellants HonorSociety.Org Inc. and Honor Society Foundation, Inc. do not oppose the First Amendment Lawyers Association's request for additional time to file an amicus brief.

                                                  s/ Derek A. Newman
                                                  Derek A. Newman
                                                  Derek Linke
                                                  Jason Sykes
                                                  Newman LLP
                                                  *Attorneys for Defendants-Appellants*
                                                  100 Wilshire Blvd, Suite 700
                                                  Santa Monica, CA 90401
                                                  (310) 359-8200

## Certificate of Compliance

This document complies with: (1) the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 25 words, excluding the parts of the document exempted by rule; and (2) the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity Text B) using Microsoft Word (the same program used to calculate the word count).

s/ Derek A. Newman<br>
Derek A. Newman<br>
Counsel for Appellants

**Certificate of Service**

On November 11, 2024, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

s/ Derek A. Newman
Derek A. Newman
Counsel for Appellants