# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60452   Phi Theta Kappa v. Honor Society
                 USDC No. 3:22-CV-208

Enclosed is an order entered in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            *Christy Combel*

            By: _____
            Christy M. Combel, Deputy Clerk
            504-310-7651

Mr. Charles Edward Cowan
Mr. William Michael Etienne
Mr. Jack Fitzgibbon Hall
Ms. Rebecca Hawkins
Mr. Arthur S. Johnston III
Mr. Derek Linke
Mr. Derek Newman
Mr. Jonathan Polak
Mr. Marc Randazza
Ms. Rachel Smoot
Mr. Jason Byrne Sykes
Mr. Michael Brunson Wallace