# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 12, 2024

Lyle W. Cayce
Clerk

No. 24-60452

_____

Phi Theta Kappa Honor Society,

*Plaintiff—Appellee,*

Lynn Tincher-Ladner,

*Defendant/Third Party Defendant—Appellee,*

*versus*

HonorSociety.Org., Incorporated; Honor Society Foundation, Incorporated,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-208
_____

ORDER:

IT IS ORDERED that Amicus Curiae First Amendment Lawyers Association's (FALA) motion for an extension of 16 days, to and including November 27, 2024, to file their amicus brief is GRANTED.

IT IS FURTHER ORDERED that Appelles' brief is due no later than 23 days from the filing of FALA's amicus brief.

_____
Stephen A. Higginson
*United States Circuit Judge*