# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

February 21, 2025

TO COUNSEL LISTED BELOW:

No. 24-60452     Phi Theta Kappa v. Honor Society

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Tuesday, 04/01/2025, to Thursday, 04/03/2025.

Please acknowledge receipt of this change via email to your courtroom deputy, shirley_engelhardt@ca5.uscourts.gov

                                Very truly yours,
                                LYLE W. CAYCE, Clerk

                                By: _____
                                Charles B. Whitney
                                Calendar Clerk
                                504-310-7679

Mr. Charles Edward Cowan
Mr. William Michael Etienne
Mr. Jack Fitzgibbon Hall
Ms. Rebecca Hawkins
Mr. Derek Linke
Mr. Derek Newman
Mr. Jonathan Polak
Mr. Marc Randazza
Ms. Rachel Smoot
Mr. Jason Byrne Sykes
Mr. Michael Brunson Wallace
Mr. Jay Marshall Wolman