# United States Court of Appeals
# for the Fifth Circuit

No. 24-60452

United States Court of Appeals
Fifth Circuit
**FILED**
April 7, 2025
Lyle W. Cayce
Clerk

Phi Theta Kappa Honor Society,

    *Plaintiff—Appellee*,

Lynn Tincher-Ladner,

    *Defendant/Third Party Defendant—Appellee*,

*versus*

HonorSociety.Org., Incorporated; Honor Society Foundation, Incorporated,

    *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-208
_____

Before Elrod, *Chief Judge,* Davis, and Ramirez, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Each party bear its own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.